**Form 210A (10/06)**

# United States Bankruptcy Court

Eastern District of MI (Detroit)

In Re: ANWER MOHAMED HUSSAIN                        Case No: 10-76681
FERYAL HUSSAIN

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

GE Capital Retail Bank                              National Capital Management, LLC.
---------------------------                         ---------------------------
Name of Transferee                                  Name of Transferor


Name and Address where notices to transferee        Court Claim # (if known): 3
should be sent:                                      Amount of Claim: $654.92
GE Capital Retail Bank                               Date Claim Filed: 12/20/2010
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605


Phone: (305) 379-7674                               Phone: (901) 748-2900
Last Four Digits of Acct # :7574                    Last Four Digits of Acct # :7574


Name and Address where transferee payments
Should be sent (if different from above)


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.


By: /s/ Ramesh Singh                                Date: August 20, 2012
-----------------------------------
Ramesh Singh
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605
claims@recoverycorp.com
Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571